# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA

### EASTERN DIVISION

| | | |
|---|---|---|
| BOBBY HARRELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **JUDGMENT** |
| CAROLYN W. COLVIN, | ) | **CASE NO. 4:12-CV-89-D** |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Decision by the Court:

　　**IT IS ORDERED AND ADJUDGED** that the Court ADOPTS the Memorandum and Recommendations [D.E. 28]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 21] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 24] is DENIED, and the action is REMANDED to the Commissioner under sentence 42 U.S.C. § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JUNE 24, 2013,** WITH A COPY TO:

Lawrence Wittenberg  (via CM/ECF electronic notification)
Cassia W. Parson   (via CM/ECF electronic notification)

| | |
|---|---|
| June 24, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |