IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:12-CV-89-D

| | |
|---|---|
| BOBBY HARRELL,<br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | )<br>)<br>)<br>)       ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff's request for $9,236.39 in attorney's fees under section 406(b) is GRANTED. Upon receipt of the 406(b) fees, plaintiff's counsel shall refund to plaintiff $4,725.00 which equals the amount plaintiff's counsel previously received under the Equal Access to Justice Act.

This 2 day of January, 2014.

JAMES C. DEVER III
Chief United States District Judge